IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EARL C. MORRIS,

      Petitioner,                      No. CIV S-10-0897 JAM EFB P

    vs.

JOHN W. HAVILAND,

      Respondent.                   <u>ORDER</u>

                                /

        Petitioner, a state prisoner proceeding without counsel, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

        On September 1, 2011, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Neither party has filed objections to the findings and recommendations.[1]

///

---

[1] However, petitioner requested an extension of time to file an amended petition in the event the undersigned adopts the magistrate judge's findings and recommendations. Dckt. No. 19.

1

1  　　　　　The court has reviewed the file and finds the findings and recommendations to be
2  supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY
3  ORDERED that:
4  　　　　　1.  The findings and recommendations filed September 1, 2011, are adopted in
5  full;
6  　　　　　2.  Respondent's September 1, 2010 motion to dismiss is granted;
7  　　　　　3.  Petitioner's request for an extension of time is granted.  Within 60 days of this
8  order, petitioner shall file an amended petition including factual allegations showing: (1) that
9  success on petitioner's claims could accelerate his release and (2) that petitioner remains subject
10 to the discipline imposed on February 17, 2008 or that collateral consequences flow from that
11 discipline which prevent the case from being moot.  Petitioner is admonished that failure to
12 timely file an amended petition will result in a recommendation by the assigned magistrate judge
13 that this action be dismissed.
14 DATED:  November 10, 2011

　　　　　　　　　　　　　　　　　　　/s/ John A. Mendez
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE